| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)

Griffith, Thomas B. | 2. Court or Organization

US Court of Appeals for the D.C. Circuit | 3. Date of Report

6/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Active | 5a. Report Type (check appropriate type)

☐ Nomination  Date
☐ Initial  ☑ Annual  ☐ Final

5b. ☐  Amended Report | 6. Reporting Period

1/1/2018
to
12/31/2018 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Suite 3917
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, International Advisory Board | CEELI Institute |
| 2. | Director, President | The Temple and Observatory Group |
| 3. | Member, Advisory Board and Imprint Board | Neal A. Maxwell Institute |
| 4. | Member, Board of Directors | Historical Society of the District of Columbia Circuit |
| 5. | Member, Advisory Board | BYU Law School |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Harvard Law School - Lecturer on Law salary | $27,765.00 |
| 2. | 2018 | Deseret Mutual Benefit Association - Retirement Account | $18,867.60 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 1/3/2018 - 1/17/2018 | Cambridge, MA | Teach Class -- "The Role of the Article III Judge" | Airfare, baggage fee, taxi, accommodations, parking, mileage |
| 2. | J. Reuben Clark Law Society | 1/17/2018 - 1/21/2018 | Salt Lake City, UT | Speak at J. Reuben Clark Law Society Annual Fireside | Airfare, baggage fee, rental car, accommodations, meals, parking, mileage |
| 3. | University of Virginia Law School | 2/27/2018 - 2/28/2018 | Charlottesville, VA | Judge the Final Round of the William Lile Moot Court Competition at UVA | Accommodations, meals, mileage |
| 4. | Yale Law School | 3/6/2018 - 3/7/2018 | New Haven, CT | Speak to Yale Law School Federalist Society Group | Train, taxi, accommodations, meals, mileage, parking |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Griffith, Thomas B.** | 6/13/2019 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | BYU J. Reuben Clark Law School | 3/15/2018 - 3/17/2018 | Provo, UT | Attend BYU Law School Board of Advisors Meeting | Airfare, car rental, accommodations, meals, parking, mileage |
| 6. | University of California, Berkeley, School of Law | 4/5/2018 - 4/7/2018 | Berkeley, CA | Participate in Habeas Corpus in Wartime Symposium | Airfare, taxi, accommodations, meals, parking, mileage |
| 7. | Administrative Office of the U.S. Courts | 7/11/2018 - 7/14/2018 | Norfolk, VA | Attend the meeting of the Committee on Codes of Conduct | Airfare,baggage fee, taxi, accommodations, meals, bus transfer, parking, mileage |
| 8. | Utah State Bar | 7/25/2018 - 7/26/2018 | Sun Valley, ID | Keynote Speaker at Utah State Bar Summer Convention | Airfare, baggage fee, airport transfers, accommodations, meals, parking, mileage |
| 9. | Princeton University | 10/2/2018 - 10/3/2018 | Princeton, NJ | Participate in the James Madison Program | Train fare, train station transfers, accommodations, meals, mileage, parking |
| 10. | Brigham Young University | 10/9/2018 - 10/14/2018 | Provo, UT | Receive the BYU Distinguished Service Award and attend activities surrounding same | Airfare, car rental, accommodations, meals, parking, mileage |
| 11. | Brigham Young University | 11/7/2018 - 11/11/2018 | Provo, UT | Attend Maxwell Institute Board Meeting, Speak to 1L students and FedSoc Group | Airfare, car rental, accommodations, meals, taxis, parking, mileage |
| 12. | | | | | |
| 13. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | C & D Construction | Unsecured Construction Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2. Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 3. DMBA Investment Fund | A | Dividend | K | T | | | | | |
| 4. Edward Jones Money Market | A | Interest | J | T | | | | | |
| 5. IRA (H) | | | | | | | | | |
| 6. --Lord Abbett Fund Cl A | A | Dividend | J | T | | | | | |
| 7. --Washington Mutual Invs FD Cl A | A | Dividend | K | T | | | | | |
| 8. MUTUAL FUNDS (H) | | | | | | | | | |
| 9. --American Century Div. Bond | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 10. --Blackrock Equity Dividend | A | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 11. --Bridge Builder Core Bond | D | Dividend | L | T | | | | | |
| 12. --Bridge Builder Core Plus Bond | E | Dividend | K | T | | | | | |
| 13. --Bridge Builder INTL Equity | D | Dividend | K | T | Sold (part) | 03/19/18 | J | A | |
| 14. --Bridge Builder Large Growth | D | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 15. --Bridge Builder Large Value | D | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 16. --Bridge Builder Smallmid Growth | B | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 17. --Bridge Builder Smallmid Value | B | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Capital World Bond | B | Dividend | J | T | | | | | |
| 19. --Dodge & Cox INTL Stock | D | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 20. --Dreyfus International Stk Cl Y | A | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 21. | | | | | Sold | 08/03/18 | J | B | |
| 22. --Janus Flexible Bond | C | Dividend | J | T | | | | | |
| 23. --JPMorgan Federal Money Market Fund Institutional Cl | C | Dividend | J | T | | | | | |
| 24. --Neuberger Berman Genesis | A | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 25. --Neuberger Berman High Income | B | Dividend | J | T | | | | | |
| 26. --Prudential Total Return Bond | C | Dividend | J | T | | | | | |
| 27. --T Rowe Price Equity Income | B | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 28. --T Rowe Price Instl Lrge Cp Gr | A | Dividend | J | T | Sold (part) | 03/19/18 | J | | |
| 29. | | | | | Sold | 08/03/18 | J | B | |
| 30. --Dimensional International Small Company Fund | A | Dividend | J | T | | | | | |
| 31. --Harbor International | A | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 32. | | | | | Sold | 08/03/18 | J | A | |
| 33. MUNICIPAL BONDS (H) | | | | | | | | | |
| 34. --Loudoun Cnty Virginia Public Improvement Gen Oblig Ser A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Norfolk Virginia General Oblication Cap Impt & Rfdg A | A | Dividend | J | T | | | | | |
| 36. --Suffolk Virginia Refunding General Oblication | A | Dividend | J | T | | | | | |
| 37. --Isle Wight County Virginia Refunding Series A Gen Oblig | A | Dividend | J | T | | | | | |
| 38. --Suffolk Virginia General Obligation & Refunding | A | Dividend | J | T | | | | | |
| 39. --Hampton Virginia Public Improvement General Obligation | A | Dividend | J | T | | | | | |
| 40. --Virginia State Series A-2 General Oblication | A | Dividend | K | T | | | | | |
| 41. --Fairfax Cnty Virginia Econ Dev Auth Fac Rev Cmnty Svcs Facs A | A | Dividend | J | T | | | | | |
| 42. --Virginia State Housing Dev Authority Rental Hsg Ser B | A | Dividend | J | T | | | | | |
| 43. --Harrisonburg Virginia GO Pub Impt | A | Dividend | J | T | | | | | |
| 44. STOCKS (H) | | | | | | | | | |
| 45. --Realty Income Corp | C | Dividend | K | T | | | | | |
| 46. EXCHANGE TRADED AND CLOSED END FUNDS (H) | | | | | | | | | |
| 47. --Sector Spdr Trust Utilities | A | Dividend | K | T | | | | | |
| 48. LINCOLN FINANCIAL LIFE INSURANCE AMERICAN LEGACY II VARIABLE (H) | A | Dividend | | | | | | | |
| 49. -Indiv. Fixed | | | L | T | | | | | |
| 50. -AMR Grth/Inc. | | | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -AMR Growth | | | L | T | | | | | |
| 52. -AMR INTL | | | K | T | | | | | |
| 53. -AMR Govt Aaa | | | L | T | | | | | |
| 54. DFA International | A | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 6/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- Investments and Trusts

The filer cannot control selection of the assets for the LINCOLN FINANCIAL LIFE INSURANCE AMERICAN LEGACY VARIABLE. The financial statement does not indicate income during the reporting period for each asset. The financial statement indicates the filer's income from the Lincoln Financial Life Insurance American Legacy Variable as a whole. It also gives the gross value of each asset during 2018, and we have indicated both of these.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Griffith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544